IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REX BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV284 |
| | ) | |
| v. | ) | |
| | ) | |
| WEST CORPORATION, a Delaware corporation, | ) ) | ORDER NUNC PRO TUNC |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to extend response deadlines (Filing No. 135). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. Defendant shall have until September 23, 2013, to respond to plaintiff's objections to Magistrate Thalken's order and recommendations regarding electronically stored information, custodians and search terms and to plaintiff's motion for sanctions.

DATED this 17th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court