IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REX BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV284 |
| | ) | |
| v. | ) | |
| | ) | |
| WEST CORPORATION, a Delaware corporation, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the joint motion to extend response deadlines (Filing No. 169). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the joint motion is granted. Defendant shall have until January 10, 2014, to respond to plaintiff's motion and plaintiff shall have until January 20, 2014, to file a reply brief.

DATED this 8th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court