IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REX BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV284 |
| | ) | |
| v. | ) | |
| | ) | |
| WEST CORPORATION, a Delaware | ) | ORDER |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the joint motion to extend limited deadlines (Filing No. 177).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the joint motion is granted.  The discovery deadline is extended to February 21, 2014, for the depositions identified in the motion, and the Rule 104 motions that do not require an evidentiary hearing deadline shall be April 29, 2014.  Further, there will be no Rule 104 evidentiary hearing unless the Court deems is necessary.

DATED this 27th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court