IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
REX BROWN,                       )
                                 )
            Plaintiff,           )        8:11CV284
                                 )
      v.                         )
                                 )
WEST CORPORATION, a Delaware     )        ORDER
corporation,                     )
                                 )
            Defendant.            )
_____)
```

This matter is before the Court on the motion of defendant West Corp. ("West") for a protective order (Filing No. 142) and the motion of plaintiff Rex Brown ("Brown") to compel discovery (Filing No. 154). As the briefings progressed, it appeared that most if not all of the issues were resolved by the parties. To clarify the scope of any lingering disputes, the Court will now order the parties to show cause why these motions should not be dismissed.

IT IS ORDERED:

1) No later than February 13, 2014, plaintiff shall file with the court a brief explaining why the motions (Filing Nos. 142 and 154) should not be denied as moot.

2) No later than February 21, 2014, defendant shall, if necessary, file a response explaining why the motions should not be denied as moot.

DATED this 6th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court