IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
REX BROWN,                        )
                                  )
           Plaintiff,             )       8:11CV284
                                  )
     v.                           )
                                  )
WEST CORPORATION, a Delaware      )       ORDER
corporation,                      )
                                  )
           Defendant.              )
_____ )
```

This matter is before the Court on the motion of defendant West Corp. ("West") for a protective order (Filing No. 142) and the motion of plaintiff Rex Brown ("Brown") to compel discovery (Filing No. 154). The parties have filed a joint stipulation regarding these motions, informing the Court that they have resolved the issues and the motions are moot (Filing No. 172). Accordingly,

   IT IS ORDERED:

   1) Defendant's motion for a protective order (Filing No. 142) is denied as moot.

   2) Plaintiff's motion to compel is denied as moot (Filing No. 154).

3) The show cause order (Filing No. 186) is withdrawn.

DATED this 7th day of February, 2014.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court