IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
REX BROWN,                      )
                                )
           Plaintiff,           )         8:11CV284
                                )
     v.                         )
                                )
WEST CORPORATION, a Delaware    )         ORDER
corporation,                    )
                                )
           Defendant.           )
_____)
```

This matter is before the Court on the joint motion to extend 30(B)(6) deposition of Aegis Representative (Filing No. 190). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the joint motion is granted. The parties shall have until the week of March 24, 2014, to take the deposition of the Aegis Communications representative.

DATED this 19th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court