UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REX BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:14-mc-00028-K |
| | § | |
| WEST CORPORATION, | § | |
| a Delaware corporation, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is Non-Party AEGIS USA, INC.'s Motion to Quash Subpoena and Motion for Protection and Memorandum in Support ("the Motion") (Doc. No. 1). Non-Party AEGIS USA, INC., the person subject to the subpoena, consents to the transfer of the Motion to the District of Nebraska so that the Motion may be considered by the court where the underlying action is pending. After careful review of the briefing, the supporting evidence, and the applicable law, the Court hereby **TRANSFERS** the Motion to the United States District Court for the District of Nebraska. Fed. R. Civ. P. 45(f). The Court, therefore, need not address the merits of the Motion to Quash.

SO ORDERED

Signed March 4th, 2014

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1