IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REX BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>WEST CORPORATION,<br><br>    Defendant. | 8:11CV284<br><br>ORDER |

This matter is before the court on the parties' Joint Motion Extending Pretrial Deadlines and Pretrial Conference (Filing No. 229). Due to pending depositions and unplanned delays, the parties seek to modify the deadlines as follows: reschedule the pretrial conference from April 11, 2014, to April 21, 2014; extend the deadline to exchange pretrial disclosures to April 11, 2014; and extend the deadline to exchange objections to the parties' pretrial disclosure to 12:00 p.m. on April 16, 2014. Upon consideration,

  **IT IS ORDERED**:

  1. The parties' Joint Motion Extending Pretrial Deadlines and Pretrial Conference (Filing No. 229) is granted.

  2. The Final Pretrial Conference is rescheduled for **10:00 a.m. on April 21, 2014**, in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

  3. The parties shall have until April 11, 2014, to exchange pretrial disclosures, and until to 12:00 p.m. on April 16, 2014, to exchange objections to such disclosures.

  4. The parties shall have until close of business on April 17, 2014, to submit a final agreed on draft of the proposed final pretrial order.

  Dated this 3rd day of April, 2014.

                  BY THE COURT:

                  s/ Thomas D. Thalken
                  United States Magistrate Judge