IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
REX BROWN,                        )
                                  )
            Plaintiff,            )       8:11CV284
                                  )
      v.                          )
                                  )
WEST CORPORATION, a Delaware      )       ORDER
corporation,                      )
                                  )
            Defendant.            )
_____    )
```

This matter is before the Court on the joint motion extending response and reply deadlines (Filing No. 216). The Court notes the parties have filed the responses at issue, and the motion will be denied as moot. Accordingly,

IT IS ORDERED that the joint motion is denied as moot.

DATED this 23rd day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court