IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REX BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV284 |
| | ) | |
| v. | ) | |
| | ) | |
| WEST CORPORATION, a Delaware corporation, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the joint stipulation of dismissal with prejudice (Filing No. 272). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the joint stipulation of the parties is approved and adopted. This action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 12th day of June, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court