IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REX BROWN, | )   Case No. 8:11cv284 |
| | ) |
| Plaintiff, | )   ORDER |
| | )   TO WITHDRAW EXHIBITS |
| vs. | )   OR TO SHOW CAUSE WHY |
| | )   EXHIBITS SHOULD NOT BE |
| West Corporation, a Delaware Corporation, | )   DESTROYED |
| | ) |
| Defendant. | ) |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibit Nos.  1-2, 4-18, 21-30, 33-52, 56-60, 62-66, 68, 71, 74-75, 80-81,83-85, 87-90,92-98, 100-106,108-114, 117-120, 122-134, 137-164, 166-194, 196-207, 209-230, 237-240, 244-252, 259-260, 262-266, 266A, 267-269, 272-279, 282-290, 297, 300-302, 305-317, 322-326, 328-330, 332, 334-338, 342-349, 351-354, 356, 360-382, 384-394, 396-403, 405-427,430-431, 433-434, 436-443, 445, 447-449, 451-452, 455-457, 459-460, 463-467, 469-480, 483, 495-501, 503-515, 518-520, 522, 524, 527-529, 534-538, 541-550, 552-556, 558-559, 566-569, 571,576-578, 586-590, 594-600, 603-604, 606-609, 611-620, 625, 629-648, 650, 657-659, 666, 669-672, 674-675, 679-686, 691-693, 702, 705 -  Jury Trial – May 6-7, 2014

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 11th day of December, 2014.

s/ Lyle E. Strom  
Senior United States District Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd  
Approved 02/15/07