IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

REX BROWN,                                )        Case No. 8:11cv284
                                          )
               Plaintiff,                 )              ORDER
                                          )        TO WITHDRAW EXHIBITS
          vs.                             )        OR TO SHOW CAUSE WHY
                                          )        EXHIBITS SHOULD NOT BE
West Corporation, a Delaware              )              DESTROYED
Corporation,                              )
                                          )
               Defendant.                 )


          Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff shall either 1)

withdraw the following exhibits previously submitted in this matter within 14 calendar days

of the date of this order, or 2) show cause why the exhibits should not be destroyed:

          Defendant's Exhibit Nos.  27A, 804, 809-813, 815-859, 862-866, 868-892, 894-905, 907-
911, 913-932, 935-1006, 1008-1028, 1032-1161, 1163-1184, 1189-1190, 1194, 1202-1203,
1207-1220, 1223-1224, 1227-1228, 1230-1233 -  Jury Trial – May 6, 2014


          If counsel fails to withdraw these exhibits as directed or to show cause why the

exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits

without further notice to the parties or order from the court.

          IT IS SO ORDERED.

          DATED this 11th day of December, 2014.


                              s/ Lyle E. Strom_____
                              Senior United States District Judge


                    proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
                                                            Approved 02/15/07